IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:97-cr-00016-MP-2

GILFORD ROBSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 212, Motion to Dismiss filed by the United States. The government moved to dismiss the charges against Mr. Robson because of the age of the case and the unlikelihood of a successful prosecution at this late date. Upon consideration, the motion is granted.

**ORDERED AND ADJUDGED:**

Doc. 212, the motion to dismiss, is granted, and Doc. 14, the superseding indictment against Mr. Robson, is dismissed. The Clerk is directed to close this case.

**DONE AND ORDERED** this *12th* day of October, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge